**Order filed October 22, 2020**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-20-00071-CV

_____

## LANCE WALTER KING, Appellant

## V.

## BRIA ALEXIS KING, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM66022**

## O R D E R

The clerk's record and reporter's record were originally due to be filed in this court on March 31, 2020. After dismissing this appeal in July based upon Appellant's failure to pay for or make arrangements to pay for the clerk's record, we granted Appellant's motion for rehearing on August 20 to give him another opportunity to go forward with his appeal. Appellant assured this court that he would tend to the matters necessary to obtain the clerk's record and the reporter's record if

we reinstated his appeal. Although the clerk's record has now been filed, the reporter's record has not—despite the leeway granted to Appellant by this court.

On September 22, this court issued an order notifying Appellant that, if he failed "to request and either pay for or make arrangements to pay for the reporter's record **on or before October 5, 2020**," this appeal would be submitted on the clerk's record alone—without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has failed to comply with the orders issued by this court on August 20 and September 22 with respect to his responsibilities regarding the reporter's record. *See* TEX. R. APP. P. 35.3(b)(2), (3). As of this date, Appellant has failed to submit a request for the preparation of the reporter's record to the court reporter, has failed to file any documentation in the trial court regarding an inability to afford payment for the reporter's record, and has failed to pay for or make arrangements to pay for the reporter's record. Because the lack of a reporter's record is due to Appellant's fault, this court has determined that this appeal shall be submitted on the clerk's record alone—without a reporter's record. *See id.*

**Appellant's brief** is now due to be filed in this court **on or before November 23, 2020**.

PER CURIAM

October 22, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.